

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-16-00711-CV

John **DEVILBISS**,
Appellant

v.

Majorie **BURCH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04843
Honorable Tommy Stolhandske, Judge Presiding

# O R D E R

Appellant's brief was originally due May 8, 2017. After this court struck appellant's original brief for failure to comply with the briefing rules, appellant's amended brief was due July 17, 2017. Thereafter, appellant filed a motion for extension of time asking for an additional seven days in which to file his brief. We granted appellant's motion. Appellant then filed another motion for extension of time asking for an additional fourteen days in which to file his amended brief. We granted appellant's motion and ordered him to file his amended brief in this court on or before August 7, 2017. The granting of this extension gave appellant ninety-one days from the original due date, and therefore, we advised appellant that no further extensions of time to file appellant's brief would be granted absent written proof of extraordinary circumstances. On August 8, 2017, appellant filed another motion for extension of time, asking for an additional three days in which to file his brief, explaining that due to inclement weather and the lack of transportation he required additional time in which to file his brief. After review, we **GRANT** appellant's motion and **ORDER** him to file his amended brief in this court **on or before August 10, 2017. Appellant is advised that no further extensions of time to file the brief will be granted and that if the brief is not filed by August 10, 2017, this court will dismiss his appeal for want of prosecution and failure to comply with this court's order**. *See* Tex. R. App. P. 42.3(b), (c).

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2017.



_Luz Estrada_
Luz Estrada
Chief Deputy Clerk